UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 23 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:16CR138 JAR/PLC |
| ROBERT W. NEWMAN, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

From on or about January 22, 2012 up to and including February 17, 2012, in Macon County, within the Eastern District of Missouri and elsewhere,

ROBERT W. NEWMAN,

the defendant herein, did knowingly engage in conduct that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife with a market value in excess of $350.00, that is horns of black rhinoceros (Diceros bicornis), and did knowingly transport, receive, acquire and purchase said wildlife, knowing that the wildlife was possessed, transported, and sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, the Endangered Species Act, Title 16, United States Code, Section 1538(a)(1)( E) and (F), and 1540(b).

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B); and Title 18, United States Code, Section 2.

RICHARD G. CALLAHAN
United States Attorney

A TRUE BILL.

_____
Dianna R. Collins
Assistant United States Attorney
Dianna R. Collins, #59641MO

_____
FOREPERSON